United States Bankruptcy Court

Re- Berjac of Oregon
Case 14-06127-tmr
Case # 12-63884-tmr7
Adv. Proc. No. 14-06127 tmr

August 27 2014

Dear Sirs

    The Berjac Account in question belongs to my mother (Luella Van Sant). I, Dennis Van Sant and my brother Steven Van Sant are on it by name only. Our mother is a 94 year old widow who intrusted her entire savings and the proceeds from the sale of her family home to Berjac of Oregon. The monthly withdrawal ($2000) of funds from her account were used for her monthly living expenses only. It was was transferred to her bank each month. Neither myself or my brother received any proceeds from these transfers. Since the bankruptcy she now is forced to live on her $1000 social security and help from family members. She has no other source of income or savings.

    I Dennis Van Sant and my wife have also lost all of our available cash to the Berjac bankruptcy. And am also forced to live on social security. My brother Steven also is on social security with a part time job.

    I hope you take into consideration the burden that this bankruptcy has placed on our family. We had no idea how insolvent the company was or that they were so heavy into land speculation.

    Sincerely Dennis Van Sant

*[signature: Dennis Van Sant]*

2404 Devon Ave
Eugene, OR 97408

541-954-0023

Pg 1 of 2